IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JEREMY KELLEY; CRYSTAL
KELLEY,

          Plaintiffs,

      v.

TOUFIC GERGES; LUXICAREALTY, LLC;
SIDDHI PANDIT; TULSI LEAF, LLC;
ABHA, LLC; AMBIKA LLC; ANUJA LLC;
BAROTHI, LLC; KOVIS TRIVEDI,

          Defendants.

Civ. No. 6:26-cv-00474-AA

**OPINION & ORDER**

AIKEN, District Judge.

This case comes before the Court on Plaintiffs' Motion for Alternative Service on Defendants Toufic Gerges and Luxicarealty LLC. ECF No. 9. The record indicates that counsel for Defendants Gerges and Luxicarealty have informed Plaintiffs that they will accept service on behalf of their clients. Y. Moin Ghadimi Decl. Ex. 2. ECF No. 31. Because Plaintiffs can serve Defendants Gerges and Luxicarealty by serving their counsel, alternative service is not required. The motion is DENIED.

It is so ORDERED and DATED this  8th  day of May 2026.

        /s/Ann Aiken
        ANN AIKEN
        United States District Judge

Page 1 –OPINION & ORDER