IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


JEREMY KELLEY; CRYSTAL KELLEY,

               Plaintiffs,

    v.

TOUFIC GERGES; LUXICAREALTY, LLC; SIDDHI PANDIT; TULSI LEAF, LLC; ABHA, LLC; AMBIKA LLC; ANUJA LLC; BAROTHI, LLC; KOVIS TRIVEDI,

               Defendants.

Civ. No. 6:26-cv-00474-AA

**OPINION & ORDER**


AIKEN, District Judge.

This case comes before the Court on Plaintiffs' Motion for Entry of Default Against All Defendants, ECF No. 22, and Motion for Default Judgment, ECF No. 23.

The Motion for Entry of Default asserts that all Defendants have been properly served on March 17, 2026. This is contradicted by the docket, which indicates that several Defendants have not been properly served, *see e.g.* ECF Nos. 12, 13, and that other Defendants dispute the validity of service, *see* ECF No. 29. Of note, actual notice under Oregon Rule of Civil Procedure 7G is not sufficient to excuse defects in the manner of service. *Davis Wright Tremaine LLP v. Menken*, 181 Or. App. 332, 338-39 (2002). In addition, at least some Defendants have appeared in this action. ECF Nos. 28, 29.

Entry of default is therefore DENIED.  Because Defendants have not been defaulted, the Motion for Default Judgment is premature and so DENIED.

It is so ORDERED and DATED this  8th  day of May 2026.


 /s/Ann Aiken
ANN AIKEN
United States District Judge

Page 2 –OPINION & ORDER